IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL J. JAMESSON, | § | |
| | § | No. 219, 2016 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| REICHHOLD INCORPORATED, | § | C.A. No. N12C-03-149 |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: May 17, 2017
Decided: May 18, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **SEITZ**, Justices.

# **O R D E R**

This 18th day of May 2017, it appears to the Court that the judgment of the Superior Court as to plaintiff Michael J. Jamesson should be affirmed on the basis of and for the reasons assigned in its memorandum opinion and order dated August 21, 2014.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice

---

[1] *In re Asbestos Litigation:Michael Jamesson, et al., v. Reichhold, Inc., et. al.*, 2014 WL 4180186 (Del. Super. Aug. 21, 2014).